Form finmgtc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−10323−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Daniel Torres
   32 Berkshire Drive
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−1926

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE CERTIFICATE OF DEBTOR EDUCATION

To receive a discharge each individual debtor must participate in a personal financial management course. The
course provider or the debtor may file a Certificate of Debtor Education proving compliance with the financial
management course requirement for discharge (a separate Certificate must be filed for each debtor in a joint case).
The Certificate must be filed by:

   Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s) or from a course provider. If the court does
not receive the document(s) within the time frame set forth above, your case will be closed without entry of the
discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the
filing of the document(s) and pay the applicable filing fee.

Dated: March 31, 2025
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 25-10323-JNP

Daniel Torres                                                                       Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                         Page 1 of 2

Date Rcvd: Mar 31, 2025                     Form ID: finmgtc                                 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Daniel Torres, 32 Berkshire Drive, Sewell, NJ 08080-3103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 31 2025 21:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 31 2025 21:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2025                          Signature:               /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew Thomas Archer | on behalf of Debtor Daniel Torres aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |

District/off: 0312-1                          User: admin                                      Page 2 of 2
Date Rcvd: Mar 31, 2025                  Form ID: finmgtc                              Total Noticed: 3

Charles G. Wohlrab
                    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association  as Trustee of LB-Igloo
                    Series IV Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise E. Carlon
                    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5