UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Andrew T. Archer, Esq.
BRENNER, SPILLER & ARCHER
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000

| | |
|---|---|
| In Re:<br>Daniel Torres,<br><br>Debtor | Case No.:  25-10323 JNP<br><br>Chapter:  13<br><br>Judge:  JNP<br><br>Hearing Date:  _____ |

## ATTORNEY CERTIFICATION IN REFERENCE TO FUNDS
## ON HAND WITH CHAPTER 13 TRUSTEE

Andrew T. Archer, by way of Certification hereby states:

1.   I am an attorney at law licensed to practice before this Court and am hereby authorized to make this Certification.

2.   In this case, my firm elected the flat fee permitted by D.N.J. LBR 2016-5(b) to represent the Debtor.

3.   Per the Disclosure of Chapter 13 Debtor's Attorney Compensation filed by the Debtor on January 13, 2025, the balance of attorney fees in the amount of $4,100.00 were to be paid through the Chapter 13 Plan.

4.   The Chapter 13 Trustee has a balance on hand of $1,926.00 and I would ask that after applicable Trustee's fees are paid that the remaining balance on hand be applied to my firm's fees.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


6/18/25
DATE

/s/ Andrew T. Archer
Andrew T. Archer